

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Larry Joe Morgan, TDCJ No. 1847262, | § | No. 08-18-00103-CV |
| Appellant, | § | Appeal from the |
| v. | § | 83rd District Court |
| Doctor Talley, and Samuel B. Itie, FNP, In their Individual and Office Capacity, | § | of Pecos County, Texas |
| | § | (TC# P-7867-83-CV) |
| Appellees. | | |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third pro se motion for extension of time within which to file the brief until **February 13, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Larry Joe Morgan, pro se, prepare the Appellant's pro se brief and forward the same to this Court on or before February 13, 2019.

IT IS SO ORDERED this 18th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.